**Order entered May 20, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00548-CV
### No. 05-14-00549-CV

## IN RE RICKY VERA LOPEZ, Relator

### Original Proceeding from the 291st Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F04-505-78

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. We **DENY** as moot relator's motion to proceed *in forma pauperis*, although we have considered the petition without payment of the mandamus filing fee. We **ORDER** that relator bear the costs of this original proceeding.

/s/     DAVID L. BRIDGES
          JUSTICE